UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00072-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHARLIE WAYNE BRYANT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for <u>Bivens</u> Action against SPG. Review of the pleading reveals that "SPG" is the Medical Center for Federal Prisoners, <u>Springfield</u>, Missouri. In substance, defendant complains of alleged mistreatment at the hands of federal employees working at the Springfield Medical Center.

Defendant is advised that this Court, located in the Western District of North Carolina, has no jurisdiction over events that allegedly occurred in Springfield, Missouri. The Court with jurisdiction over such claims is the United States Court for the Western District of Missouri. The address for that Court is:

Clerk, United States District Court
United States Courthouse
 222 N. John Q. Hammons Parkway
 Springfield, MO 65806

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for <u>Bivens</u> Action against SPG (#107) is DENIED without prejudice.

Signed: June 23, 2017



Max O. Cogburn Jr
United States District Judge