# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:11-CR-00072-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| vs. | )<br>) **ORDER** |
| CHARLIE WAYNE BRYANT, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Government's Motion to Seal Sentencing Memorandum, Doc. No. 122. Having reviewed the motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Seal Sentencing Memorandum, Doc. No. 122, is **GRANTED** for good cause shown.

Signed: August 5, 2020

Max O. Cogburn Jr.
United States District Judge